JACOB STRAUSS, appellant,

*v.*

AUGUST RABE et al., respondents,

[Argued May term, 1925.  Decided October 19th, 1925.]

*Messrs. Bauer & Ranker,* for the appellant.

*Messrs. Melosh, Morten & Melosh,* for the respondents.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bentley, whose opinion is reported in *97 N. J. Eq. 208.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON. KAYS, JJ. 14.

*For reversal*—None.